# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL SBARBARO,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| REGULATORY DATACORP, INC., doing business as "RDC,"<br>    Defendant. | NO. 16-4887 |

## O R D E R

**AND NOW**, this 26th day of January, 2018, upon consideration of the Motion for Summary Judgment filed by defendant Regulatory DataCorp, Inc. (Doc. No. 27, filed December 1, 2017), plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 28, filed December 22, 2017), defendant's Reply Brief in Further Support of Its Motion for Summary Judgment (Doc. No. 29, filed January 10, 2018), and plaintiff's Surreply to Defendant's Reply Brief in Further Support of Its Motion for Summary Judgment (Doc. No. 30, filed January 18, 2018), for the reasons set forth in the accompanying Memorandum dated January 26, 2018, it is **ORDERED** that defendant's Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in favor of defendant, Regulatory DataCorp, Inc., and against plaintiff, Carol Sbarbaro.

                 **BY THE COURT:**

                 /s/ Hon. Jan E. DuBois

                   DuBOIS, JAN E., J.